```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, et al.,

               Plaintiffs,

      - against -

HARLEYSVILLE INSURANCE COMPANY
OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------------X

19-CV-4566 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As requested by the parties, the Court extended the deadline for filing dispositive motions to November 28, 2020 in light of the parties' progress in finalizing settlement. (Dkt. 36.) The deadline has passed without further action. Accordingly, by December 18, 2020, the parties shall jointly file a status report.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2020
       New York, New York

Copies transmitted this date to all counsel of record.